VROOMAN, Appellant, v. HOUSTON, W. S. & P. F. R. CO., Respondent.

(Common Pleas of New York City and County, General Term.  March 6, 1894.)

Appeal from city court, general term.
Action by Lyman C. Vrooman against the Houston, West Street & Pavonia Ferry Railroad Company.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
Lamb, Osborne & Petty, for appellant.
Coudert Bros., for respondent.
No opinion.  Judgment affirmed, with costs.   See 27 N. Y. Supp. 257.

---

APPELL, Appellant, v. STEMMLER, Respondent.

(Common Pleas of New York City and County, General Term.  March 7, 1894.)

Appeal from eighth district court.
Action by Jacob Appell against Theodore W. Stemmler.
Argued before DALY, C. J., and PRYOR, J.
A. J. Appell, for appellant.
Douglass & Minton, for respondent.
No opinion.   Judgment reversed, new trial ordered, costs to appellant to abide event.

---

AUSTIN, Appellant, v. NICHOLS, Respondent.

(Common Pleas of New York City and County, General Term.  March 7, 1894.)

Appeal from first district court.
Action by George E. Austin against Mark M. Nichols.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
P. Q. & F. L. Eckerson, for appellant
W. F. Brown, for respondent.
No opinion.   Judgment affirmed, with costs.

---

HAVERTY, Appellant, v. NEW ENGLAND PIANO CO. OF NEW YORK, Respondent.

(Common Pleas of New York City and County, General Term.  March 7, 1894.)

Appeal from trial term.
Action by Michael H. Haverty against the New England Piano Company of New York.
Argued before BISCHOFF, PRYOR, and GIEGERICH, JJ.
F. Hemming, for appellant.
G. A. Clement, for respondent.
No opinion.  Order affirmed, with costs.